UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MJ 09-09 |
| ) | [DNH Case No. 08-CR-164-03] |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JAMES BELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged: Conspiracy to Possess with Intent to Distribute Marijuana and to Distribute Marijuana

Date of Detention Hearing: January 15, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged in the District of New Hampshire with a drug offense

the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. Defendant has few ties to the District of New Hampshire or to this District. He is believed to have "dual citizenship" in the United States and Canada. He is not currently employed, being on a leave of absence due to current lack of work. There is a warrant pending in British Columbia for failure to appear and breach of personal recognizance bond in a case in which he is charged with threats to cause death or bodily harm, and threats to burn, destroy or damage property.

3. The defendant poses a risk of nonappearance because of a somewhat unstable living situation, lack of ties to this District or the charging district, lack of employment, use of alcohol, frequent travel to Canada and dual citizenship in that country, and a warrant for failure to appear. He poses a risk of danger based on the nature of pending charges in Canada and daily use of alcohol.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with

01 counsel;

02 (3) On order of a court of the United States or on request of an attorney for the
03 Government, the person in charge of the corrections facility in which defendant is
04 confined shall deliver the defendant to a United States Marshal for the purpose of
05 an appearance in connection with a court proceeding; and

06 (4) The clerk shall direct copies of this Order to counsel for the United States, to
07 counsel for the defendant, to the United States Marshal, and to the United States
08 Pretrial Services Officer.

09 DATED this 15th day of January, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge